IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-101-D

| | |
|---|---|
| In Re: ) | |
| ) | |
| SYLVIA N. EMIABATA, and ) | **ORDER** |
| PHILIP O. EMIABATA, ) | |
| ) | |
| Appellants. ) | |
| ) | |

The court accepts the recommendation of the bankruptcy court [D.E. 3] and DISMISSES WITH PREJUDICE the appeal.

The clerk shall close the case.

SO ORDERED. This 26 day of April, 2024.

                                                                JAMES C. DEVER III
                                                                United States District Judge