IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-101-D

| | |
|---|---|
| In Re: ) | |
| ) | |
| SYLVIA N. EMIABATA and ) | **ORDER** |
| PHILIP O. EMIABATA, ) | |
| ) | |
| Appellants. ) | |

      On August 12, 2025, in accordance with <u>Emiabata v. Burnett,</u> No. 24-1475, 2025 WL 1682738 (4th Cir. June 16, 2025) (per curiam) (unpublished), the court ordered Sylvia and Philip Emiabata to explain their delay in prosecuting their appeal (including filing a designation of record and a statement of issues for appeal and paying the filing fee) and whether the delay had any prejudicial effect on other parties. <u>See</u> [D.E. 21]. On August 25, 2025, Sylvia and Philip Emiabata filed a response that failed to explain their inaction in prosecuting their appeal after filing their notice of appeal on February 20, 2024. <u>See</u> [D.E. 22]. The response also failed to address prejudice. <u>See id.</u> Instead, the response contains scurrilous allegations about the bankruptcy judge who presided over their case. <u>See</u> [D.E. 22-1]. On September 2, 2025, the Trustee responded and noted Sylvia and Philip Emiabata's failure to comply with this court's order of August 12, 2025, and asked the court to reaffirm its order dismissing their appeal. <u>See</u> [D.E. 23] 1.

      The court finds that Sylvia and Philip Emiabata are acting in bad faith. The court also finds that Sylvia and Philip Emiabata have not explained their delay in prosecuting their appeal. Moreover, the court finds that the Trustee has been prejudiced. Furthermore, the court has considered the impact of the sanction of dismissal and available alternatives. The court finds that dismissal is proper in light of the bad faith of Sylvia and Philip Emiabata, their failure to explain

their delay in prosecuting their appeal, the prejudice to the Trustee, and the need to sanction Sylvia and Philip Emiabata in a non-monetary yet meaningful way. Thus, the court DISMISSES the appeal of Sylvia and Philip Emiabata.

SO ORDERED. This 9 day of October, 2025.

JAMES C. DEVER III
United States District Judge